# IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| Chanada Robinson for herself and As Next Friend/Next of Kin, for Anthony Thompson Jr., and <br><br> Gralyn Strong, <br><br> Plaintiffs, <br><br> v. <br><br> Knox County Board of Education, Knox County, City of Knoxville, d/b/a the Knoxville Police Police Department, a government entity, Officer Brian Baldwin, in his individual and Official capacity Officer Stanley Cash, in his individual and Official Capacity Officer Jonathon Clabough, in his individual and Official Capacity Officer Adam Wilson, in his individual and Official Capacity. <br><br> Defendants. | Civil Trial No. 3:22-cv-00125 <br> **JURY TRIAL REQUESTED** |

## ORDER GRANTING ACCESS TO THE TENNESSEE BUREAU OF INVESTIGATION FILE

Come now the parties, by and through counsel, and move this Court to enter an order granting them access to the investigation file from the Tennessee Bureau of Investigation regarding the events that occurred at Austin East High School on the date of April 12, 2021, involving Anthony Thompson, Jr. The Court finds that the motion is well taken.

Therefore, it is **ORDERED** that the Tennessee Bureau of Investigation, pursuant to Tenn. Code Ann. § 10-7-504(a)(4)(H)(i), is to disclose to counsel in this matter and to provide to counsel a complete copy of the investigation file from the Tennessee Bureau of Investigation regarding the events at Austin East High School that occurred on April 12, 2021, involving Anthony Thompson, Jr.

**IT IS SO ORDERED.**

ENTER:

_____
Jill E. McCook
United States Magistrate Judge

APPROVED FOR ENTRY BY:

s/Margaret B. Held
Margaret B. Held, BPR#018033
Attorney for Plaintiff Chanada Robinson
Held Law Firm
1522 Highland Avenue
Knoxville, TN 37916

s/Hoai Robinette
Hoai Robinette, BPR#036174
Attorney for Plaintiff Gralyn Strong
Law Offices of A. Philip Lomonaco
800 South Gay Street, Suite 1950
Knoxville, TN 37929

s/John M. Kizer
John M. Kizer, BPR#029846
Attorney for Defendant Officer Jonathan Clabough
Gentry, Tipton & McLemore, PC
900 South Gay Street, Suite 2300
Knoxville, TN 37902

s/Ronald E. Mills
Ronald E. Mills, BPR#013348
Attorney for Defendant City of Knoxville
City of Knoxville
P.O. Box 1631
Knoxville, TN 37901

s/Gary M. Prince
Gary M. Prince, BPR#010091
Attorney for Defendants Officer Adam Wilson,
Officer Brian Baldwin and Officer Stanley Cash
O'Neil, Parker & Williamson PLLC
7610 Gleason Drive, Suite 200
Knoxville, TN 37919


s/David M. Sanders
David M. Sanders, BPR#016885
Attorney for Defendant Knox County Board of Education
Knox County Law Director's Office
400 Main Street, Suite 612
Knoxville, TN 37902


s/David S. Wigler
David S. Wigler, BPR#014525
Attorney for Defendant Knox County
Knox County Law Director's Office
400 W. Main Street, Suite 612
Knoxville, TN 3790