IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **CHANADA ROBINSON,** ) | |
| as Next Friend/Next of Kin for Anthony ) | |
| Thompson, Jr., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 3:22-cv-00125-CEA-JEM |
| ) | |
| **CITY OF KNOXVILLE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' JOINT MOTION FOR EXPANSION OF THE LIMIT REGARDING MOTIONS IN LIMINE

Come now the Defendants, KPD Officer Jonathon Clabough, KPD Lieutenant Stanley Cash, and KPD Officer Brian Baldwin, in their individual capacities, by and through counsel, and pursuant to Section 2(b) of the Amended Scheduling Order [Doc. 137 at 2] move the Court for the entry of an order granting them leave to file more than three (3) motions in limine. In order to appropriately address anticipated evidentiary issues that are apparent from a review of the Plaintiff's pretrial disclosures and the entire record in this action, the undersigned have prepared motions in limine exceeding the limitation set forth in the Amended Scheduling Order, which provides that each party may file no more than three (3) motions in limine. Given the nature of the evidence and argument which the Defendants expect the Plaintiff to attempt to offer at trial and which the Defendants intend to offer at trial, and the importance of properly presenting evidentiary issues related to the same in motions in limine, the Defendants respectfully submit that good cause exists to allow them to exceed the applicable limit regarding

filing motions in limine. Accordingly, the Defendants request expansion of the limit of three (3) motions in limine and seek leave to file the attached motions in limine.

WHEREFORE, based on the above, the Defendants respectfully request that an order be entered granting them leave, pursuant to the Amended Scheduling Order, to file more than three (3) motions in limine and to file the attached motions in limine.

Respectfully submitted this 30th day of December, 2025.

s/ N. Craig Strand
Gary M. Prince, BPR #010091
N. Craig Strand, BPR #028381
O'Neil, Parker & Williamson, PLLC
7610 Gleason Drive, Suite 200
Knoxville, Tennessee 37919
gprince@opw.com
cstrand@opw.com
865-546-7190
Attorneys for Defendants Stanley Cash
and Brian Baldwin, in their individual
capacities

s/ John M. Kizer
W. Morris Kizer, BPR #1571
John M. Kizer, BPR #029846
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901
wmk@tennlaw.com
jmk@tennlaw.com
865-525-5300
Attorneys for Defendant Jonathon
Clabough, in his individual capacity

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 30, 2025, the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel indicated on the electronic filing receipt. All other counsel, if any, will be served by regular U.S. Mail. Counsel may access this filing through the Court's electronic filing system.

s/ John M. Kizer<br>John M. Kizer (BPR #029846)

3
Case 3:22-cv-00125-CEA-JEM    Document 164    Filed 12/30/25    Page 3 of 3    PageID #: 2407