IN THE UNITED STATES DISTRICT COURT
FOR THE ESTATE DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHANADA ROBINSON, <br> As Next Friend/Next of Kin for Anthony <br> Thompson, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF KNOXVILLE, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 3:22-cv-125 <br> ) <br> ) Judge Atchley <br> ) <br> ) Magistrate Judge McCook <br> ) <br> ) <br> ) |

## MOTION TO INTERVENE

COMES NOW Mr. Anthony Thompson, Sr., by and through undersigned counsel, Troy B. Jones, and pursuant to Rule 24 of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for leave to intervene in the above-captioned matter. In support thereof, Mr. Thompson, Sr., states as follows:

1. Mr. Anthony Thompson, Sr. is the biological father of the decedent, Anthony Thompson, Jr.

2. Under the intestate succession laws of the State of Tennessee governing distribution of proceeds in a wrongful death action, and in accordance with Tenn. Code Ann. §§ 20-5-106, 20-5-107, and 31-2-104, Mr. Thompson is legally entitled to one-half (½) of any recovery in this wrongful death lawsuit, as the decedent died unmarried and without issue.

3. Plaintiff, Ms. Chanada Robinson, timely initiated the wrongful death claim. However, as litigation has developed, it appears that Ms. Robinson disputes or declines to acknowledge Mr. Thompson Jr.'s statutory entitlement to a share of the proceeds.

4. As a result, prosecution of the action by the Plaintiff may impair or impede Mr. Thompson, Sr.'s ability to protect his legal interest in the wrongful death recovery without intervention.

5. Mr. Thompson, Sr.'s interest is direct, substantial, and legally protectable, and is not adequately represented by the existing parties.

6. Pursuant to Fed. R. Civ. P. 24(a)(2), Mr. Thompson, Sr. seeks intervention as of right, as he has:

- a significant legal interest relating to the property or transaction at issue (wrongful death proceeds);
- a likelihood that disposition of this action may impair his ability to protect that interest; and
- no adequate representation of his interest by any existing party.

7. In the alternative, Mr. Thompson, Sr. seeks permissive intervention under Fed. R. Civ. P. 24(b), as his claim involves common questions of law and fact concerning the distribution of wrongful death proceeds, and his participation will not unduly delay or prejudice the adjudication of the rights of the original parties.

8. Mr. Thompson, Sr. does not seek to delay these proceedings but merely to ensure that his statutory rights are preserved, and that he may participate in all litigation, settlement discussions, and determinations affecting the distribution of proceeds.

WHEREFORE, Mr. Anthony Thompson, Sr. respectfully requests that this Court enter an Order permitting him to intervene as a party in this action, granting him all rights associated therewith, and for such other relief as may be just and proper.

Respectfully submitted,

Respectfully submitted this 6th day of January, 2026.

s/ Troy B. Jones
Troy B. Jones, BPR #033064
Jones Law Firm
P.O. Box 2308
Knoxville, Tennessee 37902
*troy@troybjones.com*
(865) 456-5901
Attorney for Plaintiff Anthony Thompson, Sr.
for himself and as Next Friend/Next of Kin for
Anthony Thompson, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on January 6, 2026, the following document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel indicated on the electronic filing receipt. All other counsel, if any, will be served by regular U.S. Mail. Counsel may access this filing through the Court's electronic filing system.

s/ Troy B. Jones<br>
Troy B. Jones (BPR#033064)