# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| CHANADA ROBINSON, for herself and as next of friend/next of kin for Anthony Thompson, Jr., | )<br>)<br>) |
| *Plaintiff,* | )<br>) Case No. 3:22-cv-125<br>) |
| v. | ) Judge Atchley<br>)<br>) Magistrate Judge McCook |
| BRIAN BALDWIN, *et al.*, | )<br>) |
| *Defendants.* | )<br>)<br>) |

## **ORDER**

Before the Court is Defendants' Joint Motion for Expansion of the Limit Regarding Motions in Limine [Doc. 164], requesting leave to file more than three (3) motions in limine. As grounds for the Motion, Defendants assert that leave to file more than three motions in limine is necessary to appropriately address anticipated evidentiary issues in this action. [Doc. 164]. Considering the foregoing and the nature of the evidence in this case, the Court finds that good cause exists to allow Defendants to exceed the applicable limit regarding filing motions in limine.

Accordingly, Defendants' Motion [Doc. 164] is **GRANTED**.[1] The Clerk is **DIRECTED** to file Defendants' seven proposed Motions in Limine [Doc. 164] as separate docket entries. Because Defendants timely filed this request with their proposed motions in limine attached, and because Plaintiff has presumably been aware of these motions, the Court—mindful of the impending trial date—orders that the fourteen-day (14) response period[2] shall run from the date of

---

[1] The Court recognizes that Plaintiff has yet to file a response to Defendants' Motion; however, based on the approaching trial date in this case, the Court is acting pursuant to Local Rule 7.2 to resolve the Motion.

[2] *See* E.D. Tenn. Loc. R. 7.1(a).

filing. As such, Plaintiff will have through and including **January 13, 2026**, to file a response to Defendants' motions in limine.

      **SO ORDERED.**

                                                  */s/ Charles E. Atchley, Jr.*
                                                  **CHARLES E. ATCHLEY, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**

2

Case 3:22-cv-00125-CEA-JEM    Document 168   Filed 01/07/26   Page 2 of 2   PageID #: 2488