# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| CHANADA ROBINSON, for herself and as next of friend/next of kin for Anthony Thompson, Jr., | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) ) |
| BRIAN BALDWIN, *et al.*, | ) ) |
| *Defendants*. | ) |

Case No. 3:22-cv-125

Judge Atchley

Magistrate Judge McCook

## ORDER

Before the Court is Anthony Thompson, Sr.'s Motion to Intervene [Doc. 167], requesting leave to intervene in this matter. Defendants have filed a response, objecting to intervention for two reasons. [Doc. 176]. First, Defendants represent that, as a result of the judicially-hosted settlement conference that occurred on January 7, 2026, the parties were able to resolve Plaintiff's 42 U.S.C. § 1983 claim for denial of medical care, which is Plaintiff's only remaining claim in this action. [*Id.*]. Defendants anticipate that the parties will soon file a stipulation of dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [*Id.*]. As a result, Defendants argue that, upon the filing of the stipulation of dismissal of this action with prejudice, the Motion to Intervene [Doc. 167] must be denied as moot. [Doc. 176]. Second, Defendants further argue that the Motion to Intervene [Doc. 167] was untimely filed and should be denied on that additional basis. [Doc. 176].

To ensure the prompt resolution of this Motion and this case, the Court finds that an expedited response is warranted. *See* E.D. Tenn. L.R. 7.1(a) (explaining that the Court may set aside the briefing schedule). Accordingly, Plaintiff is **ORDERED** to either respond to the Motion to Intervene [Doc. 167] or file a stipulation of dismissal pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii) on or before **January 16, 2026**. Once either document is filed, the Court will promptly resolve the Motion [Doc. 167].

In light of the impending trial and response deadlines, the Court expects prompt attention to this matter and notes that Plaintiff may file any submission sooner rather than later. The Court will not delay the existing schedule [*See* Doc. 137], and all remaining deadlines currently in effect remain unchanged.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**