IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHANADA ROBINSON, for herself and as Next Friend/Next of Kin for Anthony Thompson, Jr., | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 3:22-cv-00125-CEA-JEM ) |
| BRIAN BALDWIN, et al., | ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH FULL PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action should be and hereby is dismissed with full prejudice, and in bar of the Plaintiff's right to reinstitute the same. Each party will bear their own respective costs, expenses, and attorney's fees relating to this action.

Respectfully submitted this 14th day of January, 2026.

                                                  s/ Margaret B. Held
                                                  Margaret B. Held, BPR #018033
                                                  Held Law Firm
                                                  1522 Highland Avenue
                                                  Knoxville, Tennessee 37916
                                                  mbheld@heldlawfirm.com
                                                  865-637-6550
                                                  Attorney for Chanada Robinson and
                                                  Anthony Thompson, Jr.

s/ Gary M. Prince
Gary M. Prince, BPR #010091
N. Craig Strand, BPR #028381
O'Neil, Parker & Williamson, PLLC
7610 Gleason Drive, Suite 200
Knoxville, Tennessee 37919
gprince@opw.com
cstrand@opw.com
865-546-7190
Attorneys for Defendants Stanley Cash
and Brian Baldwin, in their individual
capacities

s/ John M. Kizer
W. Morris Kizer, BPR #1571
John M. Kizer, BPR #029846
Gentry, Tipton & McLemore, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901
wmk@tennlaw.com
jmk@tennlaw.com
865-525-5300
Attorneys for Defendant Jonathon
Clabough, in his individual capacity

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on January 14, 2026, the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel indicated on the electronic filing receipt. All other counsel, if any, will be served by regular U.S. Mail. Counsel may access this filing through the Court's electronic filing system.

s/ John M. Kizer
John M. Kizer (BPR #029846)