# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| CHANADA ROBINSON, for herself and as next of friend/next of kin for Anthony Thompson, Jr., <br><br> *Plaintiff*, <br><br> v. <br><br> BRIAN BALDWIN, *et al.*, <br><br> *Defendants*. | Case No. 3:22-cv-125 <br><br> Judge Atchley <br><br> Magistrate Judge McCook |

## JUDGMENT

For the reasons set forth in the accompanying memorandum opinion, this action was **DISMISSED WITH PREJUDICE** upon the filing of the parties' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [Doc. 178]. There being no more matters to resolve, the Clerk is **DIRECTED** to close the case.

SO ORDERED

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**
*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT